UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

| | |
|---|---|
| TAYLOR CADLE,<br><br>   Plaintiff,<br><br>   -v-<br><br>GRADY JUDD (in his individual capacity and official capacity), MELISSA TURNAGE (in her individual capacity and official capacity), WILLIAM RUSHING (in his individual capacity and official capacity), HENRY CADLE, and JOHN DOES 1-10<br><br>   Defendants. | Case No: 8:25-cv-02790 |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff, Taylor Cadle, by and through the undersigned counsel, hereby designates Madeline E. Pendley, of the law firm of Rafferty, Domnick, Cunningham & Yaffa, PLLC, as Lead Counsel of record in the above-captioned matter. Lead Counsel Information:

  **Name:**    Madeline E. Pendley

**Law Firm**:       Rafferty, Domnick, Cunningham & Yaffa, PLLC

**Address:**        815 South Palafox Street, 3rd Floor, Pensacola, FL  32502

**Telephone:**      (850) 208-0826

**Email:**          Madeline@pbglaw.com

**Florida Bar No:** 1019746

Respectfully Submitted this 24th day of October, 2025

*/s/ Madeline E. Pendley, Esq.*
Madeline E. Pendley. Esq
FL Bar # 1019746
Rafferty, Domnick, Cunningham & Yaffa
815 S. Palafox St. 3rd Floor
Pensacola, Florida 32502
P: (850) 208-0826
F: (561) 625-6269
madeline@pbglaw.com

*Lead Counsel for Plaintiff*