# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| TAYLOR CADLE, *Plaintiff*, -v- GRADY JUDD, ET AL. *Defendants.* | Case No.: 8:25-cv-02790-KKM-SPF |

## MOTION FOR SPECIAL ADMISSION

Brenda Harkavy, Esquire, moves for special admission to represent Taylor Cadle in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, the Eastern District of Pennsylvania, the Western District of Pennsylvania, and the US Court of Appeals 3rd Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*[signature: Brenda Harkavy]*
_____
Brenda Harkavy, Esq.