# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TAYLOR CADLE,

    Plaintiff,

v.                                                  Case No. 8:25-cv-2790-KKM-SPF

GRADY JUDD, ET AL.

    Defendants.

_____

## NOTICE OF A RELATED ACTION

    In accordance with Local Rule 1.07(c), I certify that the instant action:

__**X**___     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
    State of Florida v. Taylor Cadle, Case No. 2017CJ-000360-0000-00 (closed)
    State of Florida v. Henry Paris Cadle, Case No. 17CF006637XX (closed)

_____     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated:     **October 24, 2025**


**/s/ Brenda Harkavy, Esq.**
Brenda Harkavy, Esq. (SBN: 332405)
(admission pro hac vice pending)
M. Stewart Ryan, Esq. (SBN: 313516)
(admission pro hac vice pending)
Alexandria MacMaster, Esq.
(SBN:316826)
(admission pro hac vice pending)
Laffey Bucci D'Andrea Reich & Ryan
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
P: 215-399-9255
bharkavy@laffeybucci.com
sryan@laffeybucci.com
amacmaster@laffeybucci.com
CVSRteam@laffeybucci.com

**/s/ Troy Rafferty**
Troy A. Rafferty, Esq. (SBN: #24120)
(admission pro hac vice pending)
Madeline E. Pendley, Esq. (SBN:#1019746)
Rafferty, Domnick, Cunningham & Yaffa
815 S. Palafox St., 3rd Floor
Pensacola, FL 32502
P: 850-208-0826
troy@pbglaw.com
madeline@pbglaw.com