AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-02790-KKM-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Henry Cadle
was received by me on *(date)* 12/12/2025.

☒ I personally served the summons on the individual at *(place)* 1740 Hwy 67 Carrabelle, FL 32322 F.C.I. on *(date)* 12/16/2025 ; or @ 09:46 am.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/16/25

*Elzie Shiver*
Server's signature

Elzie Shiver Civil Server #301
Printed name and title

**FRANKLIN COUNTY SHERIFF'S OFFICE**
**270 STATE ROAD 65**
**EASTPOINT, FL 32328**
Server's address

Additional information regarding attempted service, etc:

# Service Log

## FRANKLIN COUNTY SHERIFF'S OFFICE

Return Type: SERVED
Process Type: SUMMONS

**FRANKLIN COUNTY SHERIFF OFFICE**
270 STATE RD 65
EASTPOINT, FL 32328
850-670-8500

## Process Information

| Sender | Case # | Type |
|---|---|---|
| LAFFEY BUCCI D'ANDREA REICH & RYAN LLP | 2025CV02790 | SUMMONS |

| Court | Date Received | Court Date |
|---|---|---|
| UNITED STATES DISTRICT COURT | 12/12/2025 | |

## Recipient Information

| Last Name | First Name | Middle Name | DOB | Race | Sex | Height |
|---|---|---|---|---|---|---|
| CADLE | HENRY | | | | | |

| Weight | Hair | Eyes | Address | City | State |
|---|---|---|---|---|---|
| | | | 1760 HWY 67 | CARRABELLE | FL |

| Zip | Relationship to Plaintiff | Phone | Empl/Address |
|---|---|---|---|
| 32322 | | | |

**Empl Phone**

## Service Information

| Date Served | Time Served | Served By | Type |
|---|---|---|---|
| 12/16/2025 | 09:45 | SHIVER, ELZIE | COMPLETED |

| Location | City | State |
|---|---|---|
| 1760 HWY 67/ FCI | CARRABELLE | FL |

| Served To | Relationship to Recipient | Service Fee | Mileage Fee |
|---|---|---|---|
| CADLE, HENRY | SELF | $0.00 | $0.00 |

**Total** $0.00

## Comments

***TAYLOR CADLE VS GRADY JUDD (IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY) MELISSA TURNAGE (IN HER INDIVIDUAL CAPACITY) WILLIAM RUSHING (IN HIS INDIVIDUAL CAPACITY) AND HENRY CADLE, ET AL***
***SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL***

## Return Comments

***INDIVIDUAL SERVICE MADE***

## Return of Service