## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **CADLE** <br><br> Plaintiff, <br> -v- <br> **JUDD, et al.** <br><br> Defendants. | **Case No.: 8:25-cv-02790-KKM-SPF** |

### PLAINTIFF'S UNOPPOSED MOTION TO STRIKE IMPROPERLY FILED DOCUMENT AND MEMORANDUM OF LAW

Plaintiff, Taylor Cadle, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(f), Local Rule 3.01, and the Court's inherent authority to manage its docket, respectfully moves this Honorable Court, and hereby files this Unopposed Motion to Strike Improperly Filed Document and Memorandum of Law, and in support thereof as follows:

### BACKGROUND

1. On the evening of Friday, January 9, 2026, Plaintiff filed Plaintiff's Response and Memorandum in Opposition to Defendants' Motion to Dismiss Complaint, which was docketed as Document No. 42 via the CM/ECF system at 7:12 PM.

2. After filing, on that same evening, Plaintiff discovered that a page-formatting error occurred during the conversion from Microsoft Word to Adobe PDF that inadvertently changed the page length of Plaintiff's filing to one page longer than the original Microsoft Word document format,

1

thereby inaccurately reflecting that the filing exceeded the applicable page limit.

3. Because the filing occurred outside of normal business hours, Plaintiff did not have the ability to have communication with the Clerk's Office before correcting the error.

4. On that same day, Friday, January 9, 2026, Plaintiff promptly corrected the conversion issue and filed the properly formatted, Plaintiff's Response and Memorandum in Opposition to Defendants' Motion to Dismiss Complaint, via the CM/ECF system as Document No. 43 at 7:39 PM.

5. Document No. 43 is identical in substance to Document No. 42 and differs only in formatting with Document No. 43 reflecting the proper and accurate page length of Plaintiff's responsive filing.

6. Document No. 43 is the correct filing. Document No. 42 reflects only a technical formatting error and should be stricken to avoid confusion on the docket.

7. To rectify this issue, Plaintiff expeditiously reached out to the Clerk's Office and opposing counsel on Monday, January 12, 2026, as soon as the court was open following the weekend and was instructed to file a Motion to Strike Document No. 42.

8. On January 13, 2026, opposing counsel indicated via telephone conversation that he had no opposition and would agree to an order striking ECF Document Number 42.

9. Maintaining duplicative filings may result in unnecessary confusion for the Court and the parties and does not advance the orderly administration of this matter.

10. No party will suffer prejudice by striking Document No. 42, as there are no substantive differences between Document No. 42 and Document No. 43 that when properly formatted fall within the Court's page limit, and both filings were filed the same date within the Court's deadline for Plaintiff's responsive pleading.

## **MEMORANDUM OF LAW**

Upon motion by a party, the Court may order a pleading to be stricken. *Rule 12(f), Fed. R. Civ. P.* The Court possesses inherent authority to control its docket and to strike filings that are erroneous, duplicative, or the result of clerical or technical mistakes. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991).

Good cause exists to strike Document No. 42 because: the error resulted solely from a Word-to-PDF conversion issue; the corrected document, Document No. 43 was filed immediately thereafter on the same date; the corrected filing is

identical in substance and differs only in formatting; and no party is prejudiced by striking the erroneous filing.

Allowing both documents to remain on the docket would unnecessarily create confusion.

## CONCLUSION

WHEREFORE Plaintiff respectfully requests that this Honorable Court:

1. Strike Document No. 42 from the docket; and
2. Confirm that Document No. 43 is the operative filing for Plaintiff's Response and Memorandum in Opposition to the Defendants' Motion to Dismiss Complaint.

| | |
|---|---|
| **Dated: January 14, 2026** | **Respectfully Submitted,** |
| | **/s/ Brenda Harkavy** |
| | Brenda Harkavy, Esq. (SBN: 332405) |
| | (*pro hac vice*) |
| | M. Stewart Ryan, Esq. (SBN: 313516) |
| | (*pro hac vice*) |
| | Alexandria MacMaster, Esq. (SBN:316826) |
| | (*pro hac vice*) |
| | Laffey Bucci D'Andrea Reich & Ryan |
| | 1100 Ludlow Street, Suite 300 |
| | Philadelphia, PA 19107 |
| | P: 215-399-9255 |
| | bharkavy@laffeybucci.com |
| | sryan@laffeybucci.com |
| | amacmaster@laffeybucci.com |
| | CVSRteam@laffeybucci.com |
| | |
| | **/s/ Troy Rafferty** |
| | Troy A. Rafferty, Esq. (SBN: #24120) |

4

Madeline E. Pendley, Esq. (SBN:#1019746)
Rafferty, Domnick, Cunningham & Yaffa
815 S. Palafox St., 3rd Floor
Pensacola, FL 32502
P: 850-208-0826
troy@pbglaw.com
madeline@pbglaw.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that counsel for Plaintiff has conferred with counsel for Defendants regarding the relief requested in this Motion. The parties agree upon the relief requested in the Motion.

**Dated: January 14, 2026**  **Respectfully Submitted,**

**/s/ Brenda Harkavy**
Brenda Harkavy, Esq. (SBN: 332405)
(*pro hac vice*)
M. Stewart Ryan, Esq. (SBN: 313516)
(*pro hac vice*)
Alexandria MacMaster, Esq.(SBN:316826)
(*pro hac vice*)
Laffey Bucci D'Andrea Reich & Ryan
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
P: 215-399-9255
bharkavy@laffeybucci.com
sryan@laffeybucci.com
amacmaster@laffeybucci.com
CVSRteam@laffeybucci.com

**/s/ Troy Rafferty**
Troy A. Rafferty, Esq. (SBN: #24120)
Madeline E. Pendley, Esq. (SBN:#1019746)
Rafferty, Domnick, Cunningham & Yaffa
815 S. Palafox St., 3rd Floor
Pensacola, FL 32502
P: 850-208-0826
troy@pbglaw.com
madeline@pbglaw.com

7

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 14th day of January, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of filing to Hank Campbell, Esq., and Thomas Dudash, Esq.

**Dated: January 14, 2026**      **Respectfully Submitted,**

**/s/ Brenda Harkavy**
Brenda Harkavy, Esq. (SBN: 332405)
(*pro hac vice*)
M. Stewart Ryan, Esq. (SBN: 313516)
(*pro hac vice*)
Alexandria MacMaster, Esq.(SBN:316826)
(*pro hac vice*)
Laffey Bucci D'Andrea Reich & Ryan
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
P: 215-399-9255
bharkavy@laffeybucci.com
sryan@laffeybucci.com
amacmaster@laffeybucci.com
CVSRteam@laffeybucci.com

**/s/ Troy Rafferty**
Troy A. Rafferty, Esq. (SBN: #24120)
Madeline E. Pendley, Esq. (SBN:#1019746)
Rafferty, Domnick, Cunningham & Yaffa
815 S. Palafox St., 3rd Floor
Pensacola, FL 32502
P: 850-208-0826
troy@pbglaw.com
madeline@pbglaw.com

8