UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYLOR CADLE, an individual,

    Plaintiff,

v.                                             Case No.: 8:25-cv-02790-KKM-SPF

GRADY JUDD (in his individual capacity
and official capacity), MELISSA TURNAGE
(in her individual capacity), WILLIAM
RUSHING (in his individual capacity),
HENRY CADLE, et al.

    Defendants.
_____/

## DEFENDANTS' SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants Grady Judd, Melissa Turnage, and William Rushing, conferred with Brenda Harkavy, Esq., counsel for Plaintiff, on January 13, 2026, and was informed that no portion of Defendants' December 19, 2025, Motion to Dismiss Plaintiff's Complaint (Doc. 39) could be resolved as Plaintiff objects to all the relief sought therein. However, Counsel for Plaintiff does not object to Counsel for Defendants' filing of this Supplemental Certification to the Motion to Dismiss to comply with Local Rule 3.01(g).

    Respectfully submitted on January 15, 2026, by:

                                                    /s/ *Thomas L. Dudash*
                                                    **HANK B. CAMPBELL**

{01389606-1 }

Florida Bar No. 434515
h.campbell@cttalaw.com
**THOMAS L. DUDASH**
Florida Bar No. 1044473
t.dudash@cttalaw.com
Campbell Trohn Tamayo & Aranda
1701 South Florida Avenue
Lakeland, Florida 33803
Post Office Box 2369
Lakeland, FL 33806-2369
(863) 686-0043 (phone)
(863) 616-1445 (facsimile)
*Attorneys for Defendants Judd, Turnage, and Rushing*

{01389606-1 }