# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **TAYLOR CADLE,** | |
| **Plaintiff,** | **Case No.: 8:25-cv-02790-KKM-SPF** |
| -v- | |
| **GRADY JUDD (in his individual capacity and official capacity), MELISSA TURNAGE (in her individual capacity), WILLIAM RUSHING (in his individual capacity), and HENRY CADLE** | |
| **Defendants.** | |

## PLAINTIFF'S RULE 26(a)(1) NOTICE OF SERVICE OF INITIAL DISCLOSURES AND STATEMENT OF CONSENT TO ELECTRONIC SERVICE

Plaintiff, Taylor Cadle, by and through undersigned counsel, hereby gives notice that, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff served her Initial Disclosures on counsel for Defendant on January 30, 2026.

Plaintiff further states that counsel for the parties conferred and consented to service of the Rule 26(a)(1) disclosures by electronic means pursuant to Rule 5(b)(2)(E).

Accordingly, service of the foregoing Initial Disclosures was effected by electronic mail on January 30, 2026, to the email addresses of record for counsel identified below, and the parties agree that electronic service shall be deemed effective upon transmission to counsel's designated email addresses.

Dated: January 30, 2026

Respectfully submitted,

**/s/ Brenda Harkavy**
Brenda Harkavy, Esq. (SBN: 332405)
(*admission pro hac vice*)
M. Stewart Ryan, Esq. (SBN: 313516)
(*admission pro hac vice*)
Alexandria MacMaster, Esq.(SBN:316826)
(*admission pro hac vice*)
Laffey Bucci D'Andrea Reich & Ryan
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
P: 215-399-9255
bharkavy@laffeybucci.com
sryan@laffeybucci.com
amacmaster@laffeybucci.com
CVSRteam@laffeybucci.com

**/s/ Troy Rafferty**
Troy A. Rafferty, Esq. (SBN: #24120)
(*admission pro hac vice*)
Madeline E. Pendley, Esq. (SBN:#1019746)
Rafferty, Domnick, Cunningham & Yaffa
815 S. Palafox St., 3rd Floor
Pensacola, FL 32502
P: 850-208-0826
troy@pbglaw.com
madeline@pbglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2026, I served the foregoing Plaintiff's Rule 26(a)(1) Notice of Service of Initial Disclosures and Statement of Consent to Electronic Service by electronic mail of aforesaid Initial Disclosures, pursuant to consent of counsel under Rule 5(b)(2)(E), upon the following:

Thomas Dudash, Esq.
t.dudash@cttalaw.com

Hank Campbell, Esq.
h.campbell@cttalaw.com

      I further certify that notice of this filing was served via the Court's CM/ECF system on all counsel of record registered to receive electronic notifications.

Dated: January 30, 2026                  Respectfully submitted,

                                                **/s/ Brenda Harkavy**
                                                Brenda Harkavy, Esq. (SBN: 332405)
                                                (*admission pro hac vice*)
                                                Laffey Bucci D'Andrea Reich & Ryan
                                                1100 Ludlow Street, Suite 300
                                                Philadelphia, PA 19107
                                                P: 215-399-9255
                                                bharkavy@laffeybucci.com
                                                CVSRteam@laffeybucci.com