UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYLOR CADLE, an individual,

Plaintiff,

v. Case No.: 8:25-cv-02790-KKM-SPF

GRADY JUDD (in his individual capacity and official capacity), MELISSA TURNAGE (in her individual capacity), WILLIAM RUSHING (in his individual capacity), HENRY CADLE, et al.

Defendants.
_______________________________________________/

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 11, 2026, (Doc. 75), Plaintiff Taylor Cadle and Defendants, Grady Judd (in his individual capacity and official capacity) Melissa Turnage (in her individual capacity), and William Rushing (in his individual capacity), by and through the undersigned attorneys, respectfully submit this Joint Status Report regarding the status of the pending Petition for Permission to Appeal.

1. **Procedural Posture**: On July 23, 2026, this Court entered an Order (Doc. 73) staying this action pending resolution of the Defendants' Petition for Permission to Appeal to the United States Court of Appeals for the Eleventh Circuit. On November 1, 2026, this Court entered an Order directing the

parties to file a Joint Status Report on or before November 16, 2026 (Doc 75).

2. **Status of Appellate Proceedings**: On June 1, 2026, Defendants filed a Petition for Permission to Appeal in the Eleventh Circuit, docketed as case No. 26-90014-J. As confirmed via telephone communication with the Eleventh Circuit on November 12, 2026, the matter remains pending before the Eleventh Circuit for decision.

The parties will promptly notify the Court upon the Eleventh Circuit's decision.

Dated: November 16, 2026

Respectfully Submitted,

*s/ Hank B. Campbell*
HANK B. CAMPBELL
Florida Bar No. 434515
h.campbell@cttalaw.com
i.morfin@cttalaw.com
THOMAS L. DUDASH
Florida Bar No. 1044473
t.dudash@cttalaw.com
CAMPBELL TROHN
TAMAYO & ARANDA, P.A.
Post Office Box 2369
Lakeland, Florida 33806-2369
(863) 686-0043
*Attorneys for Defendants*

/s *Brenda Harkavy*
Brenda Harkavy, Esq.*
M. Stewart Ryan, Esq.*
Alexandria MacMaster, Esq.*
LAFFEY BUCCI D'ANDREA
REICH & RYAN
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
P: (215) 399-9255
CVSRTEAM@LAFFEYBUCCI.COM
*Admitted pro hac vice
*Attorneys for Plaintiff*